UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

VINCENT E. MEARS,

    Plaintiff,

v.

MATHIS FITNESS CENTER, et al.,

    Defendants.

No. 6:25-CV-003-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's claims be dismissed with prejudice in part and survive judicial screening in part. Dkt. No. 32. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The following claims survive judicial screening:

1. The plaintiff's Title VII retaliation claim against the Secretary of the Air Force, alleging records tampering, barment, and termination of employment following the plaintiff's whistleblowing efforts; and

2. The plaintiff's Freedom of Information Act claim against the Air Force, alleging improperly extensive redaction of the provided agency records.

The plaintiff's remaining claims are dismissed with prejudice for failure to state a claim. Because there is no just reason for delay, the Court will enter partial final judgment on those claims under Federal Rule of Civil Procedure 54(b).

– 2 –

So ordered on June ___9___, 2026.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE